# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129657

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LESLIE GORDON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129657
COA: 263778
Oakland CC: 03-193688-FC

On order of the Court, the application for leave to appeal the September 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

*Corbin R. Davis*

Clerk

t1219